No. 184. BUCK, PRESIDENT OF THE AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, ET AL. *v.* CASE, STATE TREASURER OF WASHINGTON, ET AL.

January 19, 1942. *Per Curiam:* The motion of appellee Lockhart to reinstate this case on the calendar is denied. On consideration of the stipulation of counsel the appeal is dismissed without costs. MR. JUSTICE JACKSON took no part in the consideration and decision of this case. *Messrs. Thomas G. Haight, Louis D. Frohlich,* and *Herman Finkelstein* for appellants. *Messrs. Smith Troy* and *John E. Belcher* for appellees.

No. 186. CITY OF TEXARKANA, TEXAS, *v.* ARKANSAS LOUISIANA GAS CO.

January 19, 1942. *Per Curiam:* On consideration of the stipulation of the parties the judgment of the Circuit Court of Appeals is vacated and the cause is remanded to the District Court with directions to enter appropriate orders. The costs in this Court are to be paid by the respondent. *Messrs. Ed B. Levee* and *Benjamin E. Carter* for petitioner. *Messrs. Henry C. Walker, Jr., William C. Fitzhugh,* and *William H. Arnold, Jr.* for respondent.